**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT SANDOVAL, | Civil Action No. |
| Plaintiff, | 21-17705 (BRM) (LDW) |
| v. | **ORDER** |
| LIFECELL CORPORATION, *et al.*, | |
| Defendants. | |
| ERIC BRAUM, | Civil Action No. |
| Plaintiff, | 21-17717 (BRM) (LDW) |
| v. | |
| LIFECELL CORPORATION, *et al.*, | |
| Defendants. | |
| THOMAS GATES, | Civil Action No. |
| Plaintiff, | 21-17723 (BRM) (LDW) |
| v. | |
| LIFECELL CORPORATION, *et al.*, | |
| Defendants. | |

**THIS MATTER** is opened to the Court on the Report and Recommendation of the

Honorable Leda D. Wettre, U.S.M.J., dated December 3, 2021 (ECF No. 19 in 2:21-cv-17705-

BRM-LDW; ECF No. 19 in 2:21-cv-17723-BRM-LDW; ECF No. 19 in 2:21-cv-17717-BRM-

LDW), wherein she recommends that the Motions to Remand (ECF No. 11 in 2:21-cv-17705-

1

BRM-LDW; ECF No. 11 in 2:21-cv-17723-BRM-LDW; ECF No. 11 in 2:21-cv-17717-BRM-LDW) be denied and that plaintiffs are not entitled to an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c).

The parties were given the opportunity to respond or object to Judge Wettre's Report and Recommendation by December 17, 2021, pursuant to Local Civil Rule 72.1(c)(2); to date, no party has responded or objected to the Report and Recommendation. Having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 14th day of January 2022,

**ORDERED** that the Report and Recommendation (ECF No. 19 in 2:21-cv-17705-BRM-LDW; ECF No. 19 in 2:21-cv-17723-BRM-LDW; ECF No. 19 in 2:21-cv-17717-BRM-LDW) is hereby adopted in its entirety and entered; and it is further

**ORDERED** that the motions to remand (ECF No. 11 in 2:21-cv-17705-BRM-LDW; ECF No. 11 in 2:21-cv-17723-BRM-LDW; ECF No. 11 in 2:21-cv-17717-BRM-LDW) is **DENIED**.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

2