**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT SANDOVAL, | |
| Plaintiff, | No. 2:21-CV-17705-BRM-LDW |
| v. | |
| LIFECELL CORPORATION, et al., | **CASE MANAGEMENT ORDER NO. 10** |
| Defendants. | **STIPULATED DEFENDANT** |
| | **STREAMLINING ORDER** |
| _APPLIES TO:_ | |
| _ALL RELATED CASES_ | |

This Court hereby issues the following Case Management Order:

**I.   Scope of this Order**

1.     By stipulation, the parties have agreed to enter into this Stipulated Defendant Streamlining Order which shall govern all cases currently on file in this coordinated proceeding, as well as any newly filed related cases that may be filed in this coordinated proceeding.

2.     Plaintiffs have sued various entities regarding claims arising out of Strattice hernia mesh, including but not limited to LifeCell Corporation, Allergan USA, Inc., Allergan, Inc., and Abbvie Inc. (the "Named Defendants").

3.     Counsel for Defendants represent the Named Defendants and have the authority to enter into this Stipulated Order on behalf of those corporate entities.

4.     It is the intent of the Stipulated Order to streamline this litigation by identifying the current Defendants and related corporate entities that will be dismissed from and/or not named as parties in current and future actions filed in this Court ("Agreed Dismissed Entities"), and those

which will be identified as named Defendants in current and future actions filed in this Court ("Remaining Entities").

5.      The Parties stipulate and agree that the Agreed Dismissed Entities are AbbVie Inc. and Allergan, Inc.  Remaining Entities are LifeCell Corporation and Allergan USA, Inc.

6.      In any cases where Agreed Dismissed Entities have been named as parties, they shall be dismissed without prejudice pursuant to the Stipulation and Order Dismissing Defendants AbbVie Inc. and Allergan, Inc. (attached as Exhibit A).  All undersigned counsel for the associated matters listed in Exhibit A have consented to the dismissal without prejudice of the Agreed Dismissed Entities.

7.      Upon entry of this Order, Exhibit A shall be entered in the master case for this consolidated proceeding, *Sandoval v. LifeCell Corporation, et al*., Case No. 2:21-CV-17705-BRM-LDW and all associated matters identified in Exhibit A.

8.      In any current or future cases where Agreed Dismissed Entities have not been named as parties, it is expressly understood that one of the purposes of this Stipulated Order is to negate the need to name those entities as parties. Therefore, absent a showing as to their necessity as a party, Agreed Dismissed Entities should not be named as parties in any current or future cases.

9.      If any plaintiff later seeks to amend his or her complaint to add Agreed Dismissed Entities, Agreed Dismissed Entities will not argue that such claim is untimely (*i.e.*, that statutes of limitations, laches, and/or statutes of repose bars claims against them), except that Agreed Dismissed Entities may argue that the claim was untimely before the date the plaintiff filed his or her initial complaint, regardless of whether that complaint named any of the Agreed Dismissed Entities.

10.     Defendants agree that the Remaining Entities have sufficient possession, custody, and control over responsive discovery such that the dismissal of the Agreed Dismissed Entities will have no bearing on the discovery in this case.  In responding to discovery requests, counsel for Defendants shall also include all non-privileged documents and information in the possession and/or control of the Agreed Dismissed Entities. Counsel for Defendants shall not withhold documents from production on the basis that Agreed Dismissed Entities are not a named party and shall comply with discovery obligations as if Agreed Dismissed Entities are a party.

11.     Defendants further agree the Remaining Entities have sufficient possession, custody, and control over witnesses such that the dismissal of the Agreed Dismissed Entities will have no bearing on the depositions in this case. In responding to requests to produce a witness for deposition and/or subpoena for deposition for any employee of Agreed Dismissed Entities, counsel for Defendants shall not refuse to produce a witness for deposition and/or refuse to accept service of process of any subpoena for deposition (and any duces tecum document requests) on the basis that the witness is an employee of an entity that is a non-party and shall comply with discovery obligations as if Agreed Dismissed Entities are a party.

12.     Agreed Dismissed Entities agree to not object to the personal jurisdiction of this Court for the purposes of entry and enforcement of this Order.

**IT IS SO ORDERED.**

Date: June __2___, 2023

_s/ Brian R. Martinotti_
Brian R. Martinotti, U.S.D.J.

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT SANDOVAL, | |
| Plaintiff, | No. 2:21-CV-17705-BRM-LDW |
| v. | **& ALL CIVIL DOCKET NUMBERS LISTED IN CHART BELOW** |
| LIFECELL CORPORATION, et al., | |
| Defendants. | |

*APPLIES TO:*

*ALL RELATED CASES*

**STIPULATION AND ORDER DISMISSING DEFENDANTS**
**ABBVIE INC. AND ALLERGAN, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Defendants AbbVie Inc. and

Allergan, Inc. are hereby voluntarily dismissed without prejudice where named in the following

associated matters:

| Case Name and Docket Number |
|---|
| 2:21-cv-17710-BRM-LDW VANDEVER v. LIFECELL CORPORATION et al |
| 2:21-cv-17717-BRM-LDW BRAUM v. LIFECELL CORPORATION et al |
| 2:21-cv-17723-BRM-LDW GATES v. LIFECELL CORPORATION et al |
| 2:21-cv-17728-BRM-LDW HOWARD v. LIFECELL CORPORATION et al |
| 2:21-cv-19933-BRM-LDW ROLLINS v. ABBVIE INC. et al |
| 2:21-cv-19945-BRM-LDW ADAMS v. ABBVIE, INC. et al |
| 2:22-cv-00299-BRM-LDW BENNETT v LIFECELL CORPORATION, et al |
| 2:22-cv-00347-BRM-LDW CHAISSON v. LIFECELL CORPORATION et al |
| 2:22-cv-00360-BRM-LDW THEVENIN v. ALLERGAN, INC. et al |
| 2:22-cv-00422-BRM-LDW HERNANDEZ-BARNETT v. LIFECELL CORPORATION et al |
| 2:22-cv-00514-BRM-LDW HAYES v. LIFECELL CORPORATION et al |
| 2:22-cv-00686-BRM-LDW GUERRERO v. LIFECELL CORPORATION et al |
| 2:22-cv-00687-BRM-LDW GONZALEZ v. LIFECELL CORPORATION et al |

| Case Name and Docket Number |
| --- |
| 2:22-cv-00693-BRM-LDW HERNANDEZ v. LIFECELL CORPORATION et al |
| 2:22-cv-00697-BRM-LDW HAYDUKE v. LIFECELL CORPORATION et al |
| 2:22-cv-00698-BRM-LDW DELUNA v. LIFECELL CORPORATION et al |
| 2:22-cv-00700-BRM-LDW MONTGOMERY v. LIFECELL CORPORATION et al |
| 2:22-cv-00701-BRM-LDW SCHULZ v. LIFECELL CORPORATION et al |
| 2:22-cv-00706-BRM-LDW BROWN DAYE v. LIFECELL CORPORATION et al |
| 2:22-cv-00710-BRM-LDW McKINSTRY v. LIFECELL CORPORATION et al |
| 2:22-cv-00711-BRM-LDW SELLARS v. LIFECELL CORPORATION et al |
| 2:22-cv-00887-BRM-LDW WIMER v. LIFECELL CORPORATION et al |
| 2:22-cv-01000-BRM-LDW OSBORNE v. LIFECELL CORPORATION et al |
| 2:22-cv-01004-BRM-LDW NECHODOM v. LIFECELL CORPORATION et al |
| 2:22-cv-01011-BRM-LDW TRANQUILINO v. LIFECELL CORPORATION et al |
| 2:22-cv-01019-BRM-LDW SOUTHWELL v. LIFECELL CORPORATION et al |
| 2:22-cv-01036-BRM-LDW CANNON v. LIFECELL CORPORATION et al |
| 2:22-cv-01039-BRM-LDW PEYTON v. LIFECELL CORPORATION et al |
| 2:22-cv-01085-BRM-LDW BURNS v. LIFECELL CORPORATION et al |
| 2:22-cv-01108-BRM-LDW Reeves v. LifeCell Corporation et al |
| 2:22-cv-01200-BRM-LDW GREENE v. LIFECELL CORPORATION et al |
| 2:22-cv-01220-BRM-LDW Brock v. LifeCell Corporation et al |
| 2:22-cv-01468-BRM-LDW GREEN v. LIFECELL CORPORATION et al |
| 2:22-cv-01657-BRM-LDW PURSELLEY v. LIFECELL CORPORATION et al |
| 2:22-cv-01661-BRM-LDW GAHN v. LIFECELL CORPORATION et al |
| 2:22-cv-01770-BRM-LDW KRIEBLE v. LIFECELL CORPORATION et al |
| 2:22-cv-01775-BRM-LDW POLK v. LIFECELL CORPORATION et al |
| 2:22-cv-01827-BRM-LDW ROBINSON, JR. v. LIFECELL CORPORATION et al |
| 2:22-cv-01828-BRM-LDW BENFORD v. LIFECELL CORPORATION et al |
| 2:22-cv-01829-BRM-LDW KIRBY v. LIFECELL CORPORATION et al |
| 2:22-cv-01830-BRM-LDW MUELLER v. LIFECELL CORPORATION et al |
| 2:22-cv-01832-BRM-LDW HARVEY v. LIFECELL CORPORATION et al |
| 2:22-cv-01834-BRM-LDW DAVIS v. LIFECELL CORPORATION et al |
| 2:22-cv-01836-BRM-LDW GASSNER v. LIFECELL CORPORATION et al |
| 2:22-cv-01838-BRM-LDW HAYES v. LIFECELL CORPORATION et al |
| 2:22-cv-02123-BRM-LDW WILSON v. LIFECELL CORPORATION et al |
| 2:22-cv-02127-BRM-LDW HUSBAND v. LIFECELL CORPORATION et al |
| 2:22-cv-02129-BRM-LDW CLAYTON v. LIFECELL CORPORATION et al |
| 2:22-cv-02334-BRM-LDW LAWLEY v. LIFECELL CORPORATION et al |
| 2:22-cv-02339-BRM-LDW DAVIDSON v. LIFECELL CORPORATION et al |
| 2:22-cv-02342-BRM-LDW BENNETT v. LIFECELL CORPORATION et al |
| 2:22-cv-02343-BRM-LDW CLARY v. LIFECELL CORPORATION et al |
| 2:22-cv-02863-BRM-LDW NUERNBERG v. LIFECELL CORPORATION et al |
| 2:22-cv-02966-BRM-LDW COHN v. LIFECELL CORPORATION et al |
| 2:22-cv-02972-BRM-LDW WORRELL v. LIFECELL CORPORATION et al |
| 2:22-cv-02991-BRM-LDW REMINGTON v. LIFECELL CORPORATION et al |
| 2:22-cv-03554-BRM-LDW HENSLEY v. LIFECELL CORPORATION et al |

| Case Name and Docket Number |
|---|
| 2:22-cv-03555-BRM-LDW MATLOCK v. LIFECELL CORPORATION et al |
| 2:22-cv-03731-BRM-LDW KREMER v. LIFECELL CORPORATION et al |
| 2:22-cv-04014-BRM-LDW NICKLES v. LIFECELL CORPORATION et al |
| 2:22-cv-04124-BRM-LDW FORD v. LIFECELL CORPORATION et al |
| 2:22-cv-04279-BRM-LDW LIFORD v. ALLERGAN, INC. et al |
| 2:22-cv-04282-BRM-LDW KALHOR v. LIFECELL CORPORATION et al |
| 2:22-cv-04381-BRM-LDW YORK v. LIFECELL CORPORATION et al |
| 2:22-cv-04437-BRM-LDW HENDREN v. LIFECELL CORPORATION et al |
| 2:22-cv-04486-BRM-LDW MORTON v. LIFECELL CORPORATION et al |
| 2:22-cv-04487-BRM-LDW THORNBURG v. LIFECELL CORPORATION et al |
| 2:22-cv-04493-BRM-LDW ANCILLOTTI v. LIFECELL CORPORATION et al |
| 2:22-cv-04512-BRM-LDW BLACKETT v. LIFECELL CORPORATION et al |
| 2:22-cv-04537-BRM-LDW BARNES v. LIFECELL CORPORATION et al |
| 2:22-cv-04566-BRM-LDW FOLSOM v. LIFECELL CORPORATION et al |
| 2:22-cv-04567-BRM-LDW HAUNOLD v. LIFECELL CORPORATION et al |
| 2:22-cv-04582-BRM-LDW WADE v. LIFECELL CORPORATION et al |
| 2:22-cv-04794-BRM-LDW HUMPHREYS v. LIFECELL CORPORATION et al |
| 2:22-cv-04848-BRM-LDW MERCER v. LIFECELL CORPORATION et al |
| 2:22-cv-04890-BRM-LDW BROWN v. LIFECELL CORPORATION et al |
| 2:22-cv-04933-BRM-LDW MARSH v. LIFECELL CORPORATION et al |
| 2:22-cv-05248-BRM-LDW BAGGS v. LIFECELL CORPORATION et al |
| 2:22-cv-05256-BRM-LDW BOURBEAU v. LIFECELL CORPORATION et al |
| 2:22-cv-05260-BRM-LDW SAAVEDRA v. LIFECELL CORPORATION et al |
| 2:22-cv-05689-BRM-LDW SIMMONS v. LIFECELL CORPORATION et al |
| 2:22-cv-05792-BRM-LDW ELDER v. LIFECELL CORPORATION et al |
| 2:22-cv-05879-BRM-LDW HILTS v. LIFECELL CORPORATION et al |
| 2:22-cv-05923-BRM-LDW DENNIS v. LIFECELL CORPORATION et al |
| 2:22-cv-06015-BRM-LDW WALLACE v. LIFECELL CORPORATION et al |
| 2:22-cv-06037-BRM-LDW KNISLEY v. LIFECELL CORPORATION et al |
| 2:22-cv-06121-BRM-LDW LEGARE v. LIFECELL CORPORATION et al |
| 2:22-cv-06183-BRM-LDW COLWELL v. ALLERGAN INC. et al |
| 2:22-cv-06314-BRM-LDW GOODMAN v. LIFECELL CORPORATION et al |
| 2:22-cv-06315-BRM-LDW CROWELL v. LIFECELL CORPORATION et al |
| 2:22-cv-06377-BRM-LDW FOWLER v. LIFECELL CORPORATION et al |
| 2:22-cv-06460-BRM-LDW FISHER v. LIFECELL CORPORATION et al |
| 2:22-cv-06485-BRM-LDW KNOLES v. LIFECELL CORPORATION et al |
| 2:22-cv-06529-BRM-LDW BOYKINS v. LIFECELL CORPORATION et al |
| 2:22-cv-06573-BRM-LDW GALLIGHER, JR. v. LIFECELL CORPORATION et al |
| 2:22-cv-06594-BRM-LDW KLOTZ v. LIFECELL CORPORATION et al |
| 2:22-cv-06618-BRM-LDW DEFINO v. LIFECELL CORPORATION et al |
| 2:22-cv-06620-BRM-LDW WEBB v. LIFECELL CORPORATION et al |
| 2:22-cv-06855-BRM-LDW GARCIA v. LIFECELL CORPORATION et al |
| 2:22-cv-06898-BRM-LDW GABRIEL v. LIFECELL CORPORATION et al |
| 2:22-cv-06968-BRM-LDW PISTOHL v. LIFECELL CORPORATION et al |

| Case Name and Docket Number |
|---|
| 2:22-cv-06996-BRM-LDW PAYNE v. LIFECELL CORPORATION et al |
| 2:22-cv-07055-BRM-LDW RADEMACHER v. LIFECELL CORPORATION et al |
| 2:22-cv-07129-BRM-LDW ROBERTS v. LIFECELL CORPORATION et al |
| 2:22-cv-07217-BRM-LDW SCIOLI v. LIFECELL CORPORATION et al |
| 2:22-cv-07356-BRM-LDW WHITE v. LIFECELL CORPORATION et al |
| 2:22-cv-07364-BRM-LDW KUNZE v. LIFECELL CORPORATION et al |
| 2:22-cv-07365-BRM-LDW COBB v. LIFECELL CORPORATION et al |
| 2:22-cv-07366-BRM-LDW WORLEY v. LIFECELL CORPORATION et al |
| 2:22-cv-07387-BRM-LDW LILLY v. LIFECELL CORPORATION et al |
| 2:22-cv-07389-BRM-LDW MARTIN v. LIFECELL CORPORATION et al |
| 2:22-cv-07390-BRM-LDW ROSS-EVANS v. LIFECELL CORPORATION et al |
| 2:22-cv-07405-BRM-LDW WALKER v. LIFECELL CORPORATION et al |
| 2:22-cv-07407-BRM-LDW BURKHEAD v. LIFECELL CORPORATION et al |
| 2:23-cv-00020-BRM-LDW BRAGORGOS v. LIFECELL CORPORATION et al |
| 2:23-cv-00063-BRM-LDW MORGAN v. LIFECELL CORPORATION et al |
| 2:23-cv-00064-BRM-LDW KUZEL v. LIFECELL CORPORATION et al |
| 2:23-cv-00149-BRM-LDW RODRIGUEZ-WILKES v. LIFECELL CORPORATION et al |
| 2:23-cv-00191-BRM-LDW MASSENBURG v. LIFECELL CORPORATION et al |
| 2:23-cv-00193-BRM-LDW GALAUSKI v. LIFECELL CORPORATION et al |
| 2:23-cv-00195-BRM-LDW REDFIELD v. LIFECELL CORPORATION et al |
| 2:23-cv-00210-BRM-LDW HOLT v. LIFECELL CORPORATION et al |
| 2:23-cv-00215-BRM-LDW MCCALL v. LIFECELL CORPORATION et al |
| 2:23-cv-00221-BRM-LDW ALLISON v. LIFECELL CORPORATION et al |
| 2:23-cv-00230-BRM-LDW ROBINSON v. LIFECELL CORPORATION et al |
| 2:23-cv-00250-BRM-LDW CULBERTSON v. LIFECELL CORPORATION et al |
| 2:23-cv-00253-BRM-LDW RILEY v. LIFECELL CORPORATION et al |
| 2:23-cv-00254-BRM-LDW ULRICH v. LIFECELL CORPORATION et al |
| 2:23-cv-00260-BRM-LDW ZAMMITO v. LIFECELL CORPORATION et al |
| 2:23-cv-00305-BRM-LDW GIBNEY v. LIFECELL CORPORATION et al |
| 2:23-cv-00307-BRM-LDW OGLESBY v. LIFECELL CORPORATION et al |
| 2:23-cv-00308-BRM-LDW JOHNSON v. LIFECELL CORPORATION et al |
| 2:23-cv-00315-BRM-LDW SMITH-PHILLIPS v. LIFECELL CORPORATION et al |
| 2:23-cv-00322-BRM-LDW FULLER v. LIFECELL CORPORATION et al |
| 2:23-cv-00386-BRM-LDW LEE v. LIFECELL CORPORATION et al |
| 2:23-cv-00391-BRM-LDW WOOD v. LIFECELL CORPORATION et al |
| 2:23-cv-00401-BRM-LDW GARCIA JIMINEZ v. LIFECELL CORPORATION et al |
| 2:23-cv-00405-BRM-LDW OVERTON v. LIFECELL CORPORATION et al |
| 2:23-cv-00542-BRM-LDW AUSTIN v. LIFECELL CORPORATION et al |
| 2:23-cv-00543-BRM-LDW CURATOLO v. LIFECELL CORPORATION et al |
| 2:23-cv-00606-BRM-LDW ORME v. LIFECELL CORPORATION et al |
| 2:23-cv-00608-BRM-LDW SINGLETON v. LIFECELL CORPORATION et al |
| 2:23-cv-00672-BRM-LDW GREEN v. LIFECELL CORPORATION et al |
| 2:23-cv-00675-BRM-LDW KEEFER v. LIFECELL CORPORATION et al |
| 2:23-cv-00679-BRM-LDW VERNON v. LIFECELL CORPORATION et al |

| Case Name and Docket Number |
|---|
| 2:23-cv-00722-BRM-LDW POWERS v. LIFECELL CORPORATION et al |
| 2:23-cv-00727-BRM-LDW PATE v. LIFECELL CORPORATION et al |
| 2:23-cv-00730-BRM-LDW JASSO v. LIFECELL CORPORATION et al |
| 2:23-cv-00735-BRM-LDW STEWART v. LIFECELL CORPORATION et al |
| 2:23-cv-00738-BRM-LDW SUE v. LIFECELL CORPORATION et al |
| 2:23-cv-00795-BRM-LDW MARTIN v. LIFECELL CORPORATION et al |
| 2:23-cv-00870-BRM-LDW BARTROP v. LIFECELL CORPORATION et al |
| 2:23-cv-00891-BRM-LDW LEWIS v. LIFECELL CORPORATION et al |
| 2:23-cv-00895-BRM-LDW MACIEL v. LIFECELL CORPORATION et al |
| 2:23-cv-00913-BRM-LDW MUELHOEFER v. LIFECELL CORPORATION et al |
| 2:23-cv-01041-BRM-LDW MOORE v. LIFECELL CORPORATION et al |
| 2:23-cv-01149-BRM-LDW DEAL v. LIFECELL CORPORATION et al |
| 2:23-cv-01208-BRM-LDW JOHNSON v. LIFECELL CORPORATION et al |
| 2:23-cv-01209-BRM-LDW PRETTY v. LIFECELL CORPORATION et al |
| 2:23-cv-01274-BRM-LDW SCHMIDT v. LIFECELL CORPORATION et al |
| 2:23-cv-01277-BRM-LDW LEONE v. LIFECELL CORPORATION et al |
| 2:23-cv-01292-BRM-LDW GOLUB v. LIFECELL CORPORATION et al |
| 2:23-cv-01319-BRM-LDW BEQUETTE v. LIFECELL CORPORATION et al |
| 2:23-cv-01320-BRM-LDW SINCLAIR v. LIFECELL CORPORATION et al |
| 2:23-cv-01502-BRM-LDW ALEXANDER v. LIFECELL CORPORATION et al |
| 2:23-cv-01663-BRM-LDW MOSS v. LIFECELL CORPORATION et al |
| 2:23-cv-01701-BRM-LDW JOHNSON v. LIFECELL CORPORATION et al |
| 2:23-cv-01707-BRM-LDW LAWSON v. LIFECELL CORPORATION et al |
| 2:23-cv-01711-BRM-LDW SIEGFRIED v. LIFECELL CORPORATION et al |
| 2:23-cv-01717-BRM-LDW CHARETTE v. LIFECELL CORPORATION et al |
| 2:23-cv-01805-BRM-LDW ADOLPHO v. LIFECELL CORPORATION et al |
| 2:23-cv-01808-BRM-LDW BLACK v. LIFECELL CORPORATION et al |
| 2:23-cv-01846-BRM-LDW CLARK v. LIFECELL CORPORATION et al |
| 2:23-cv-01952-BRM-LDW MCCREA v. LIFECELL CORPORATION et al |
| 2:23-cv-01956-BRM-LDW CATLIN v. LIFECELL CORPORATION et al |
| 2:23-cv-01968-BRM-LDW GILCHRIST v. LIFECELL CORPORATION et al |
| 2:23-cv-01972-BRM-LDW GIESE v. LIFECELL CORPORATION et al |
| 2:23-cv-01977-BRM-LDW CAIN v. LIFECELL CORPORATION et al |
| 2:23-cv-01984-BRM-LDW LUTHY v. LIFECELL CORPORATION et al |
| 2:23-cv-01986-BRM-LDW ALSTON v. LIFECELL CORPORATION et al |
| 2:23-cv-02071-BRM-LDW WILSON v. LIFECELL CORPORATION et al |
| 2:23-cv-02122-BRM-LDW BLOCKSOM v. LIFECELL CORPORATION et al |
| 2:23-cv-02126-BRM-LDW MYERS, JR. v. LIFECELL CORPORATION et al |
| 2:23-cv-02289-BRM-LDW LADSON-OROZCO v. LIFECELL CORPORATION et al |
| 2:23-cv-02309-BRM-LDW CRAVENER v. LIFECELL CORPORATION et al |
| 2:23-cv-02363-BRM-LDW THOMPSON v. LIFECELL CORPORATION et al |
| 2:23-cv-02373-BRM-LDW BRYSON v. LIFECELL CORPORATION et al |
| 2:23-cv-02416-BRM-LDW DOOLEY v. LIFECELL CORPORATION et al |
| 2:23-cv-02419-BRM-LDW HERNANDEZ v. LIFECELL CORPORATION et al |

| Case Name and Docket Number |
|---|
| 2:23-cv-02425-BRM-LDW HALLMARK v. LIFECELL CORPORATION et al |
| 2:23-cv-02525-BRM-LDW ARNETT v. LIFECELL CORPORATION et al |
| 2:23-cv-02533-BRM-LDW GOODMAN v. LIFECELL CORPORATION et al |
| 2:23-cv-02535-BRM-LDW HOELSCHER v. LIFECELL CORPORATION et al |

This  2nd  day of _____ June _____ 2023.

_s/ Derek T. Braslow_
THE BRASLOW FIRM, LLC
230 Sugartown Road, #20
Wayne, Pennsylvania 19087
(484) 443-4558
Fax: (855) 334-5626
Email: Derek@KBAattorneys.com

**Counsel for Plaintiffs**

_s/ Rachel Richardson_
McSweeney/Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Facsimile: (612) 454-2678
rachel@westrikeback.com

**Counsel for Plaintiffs**

_s/ Joshua S. Kincannon_
WILENTZ, GOLDMAN & SPITZER, P.A
90 Woodbridge Center Drive, Ste. 900
Woodbridge, NJ 07095
(732)-855-6141
(732)-726-6541 (fax)
jkincannon@wilentz.com

**Counsel for Plaintiffs**

_s/ Adam Krause_
KRAUSE & KINSMAN
4717 Grand Ave., Suite 250
Kansas City, MO 64112
(816) 760-2700
Fax: (816) 760-2800
Email: adam@krauseandkinsman.com

**Counsel for Plaintiffs**

_s/ Adam Matthew Evans_
DICKERSON OXTON, LLC
1100 MAIN STREET
SUITE 2550
KANSAS CITY, MO 64105
816-268-1960
aevans@dickersonoxton.com

**Counsel for Plaintiffs**

_s/ David W. Field_
LOWENSTEIN, SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500
Fax: (973) 597-2357
Email: dfield@lowenstein.com

**Counsel for Defendants**

**IT IS SO ORDERED**

Date: June__2__, 2023

_____ _s/ Brian R. Martinotti_ _____
Brian R. Martinotti, U.S.D.J.