IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SANDOVAL,<br><br>Plaintiff,<br><br>v.<br><br>LIFECELL CORPORATION, et al.,<br><br>Defendants.<br>_____<br><br>*APPLIES TO:*<br><br>ALL RELATED CASES | No. 2:21-CV-17705-BRM-LDW<br><br>**SEVENTH SET OF AMENDMENTS TO CASE MANAGEMENT ORDER NO. 1 – BELLWETHER TRIAL POOL** |

This matter having been opened to the Court by the Parties, and for good cause shown:

**IT IS,** on this __26th__ day of ____June____, 2025, **ORDERED** as follows:

**Seventh Set of Amendments**

The following deadlines set forth in Case Management Order No. 1 (Dkt 44), and all amendments thereto (Dkt 55, Dkt 68, Dkt 71, Dkt 98, Dkt 104, and Dkt 116), shall be adjusted as follows:

1. **Expert Disclosures for First Trial Selections**: Plaintiffs' expert disclosures and reports shall be served by June 27, 2025. Defendant's expert disclosures and reports shall be served by August 4, 2025. Rebuttal reports by

Plaintiffs' experts, if any, shall be served by August 22, 2025. The Parties will meet and confer with respect to scheduling of expert depositions, and deposition of experts may commence as soon as the respective expert reports are served. The Parties shall meet and confer to schedule expert depositions at times convenient to the experts and counsel. The Parties will prioritize taking depositions of the experts relevant to dispositive motion briefing.

2.      **Motions**: Provided pre-motion leave to file has been sought and obtained from the Magistrate Judge at least three weeks before the first date for briefing set forth below, permitted dispositive and expert-related motions for Plaintiffs' and Defendants' Trial Selections shall be fully briefed and filed with the Court by September 15, 2025 with a briefing schedule as follows:

Dispositive Motions[1]

| Event | Deadline |
|---|---|
| Opening Briefs for Dispositive and Dispositive-Related Expert Motions | August 5, 2025 |
| Responses to Dispositive and Dispositive-Related Expert Motions | September 5, 2025 |
| Replies to Dispositive and Dispositive-Related Expert Motions | September 15, 2025 |

Trial-Related Expert Motions

| Event | Deadline |
|---|---|

---

[1] "Dispositive-Related" expert motions that are the basis of a dispositive motion shall be filed with dispositive motions. Any other expert motions that relate to the admissibility of expert evidence at trial shall be "Trial-Related" expert motions.

| Opening Briefs for Expert Motions | September 25, 2025 |
| Responses to Expert Motions | October 17, 2025 |
| Replies to Expert Motions | October 28, 2025 |

*No motion papers shall be filed until the motions are fully briefed.* The Parties shall not file any other dispositive or expert-related motions in any other case until after Plaintiffs' and Defendants' First Trial Selections are disposed of either through motion practice, settlement, or trial verdict, unless leave of Court is sought and granted.

3. All other provisions and orders set forth in Case Management Order No. 1 (Dkt 44), and all amendments thereto (Dkt 55, Dkt 68, Dkt 71, Dkt 98, Dkt 104, and Dkt 116), shall remain in force unless there is agreement of the Parties or as further ordered by this Court.

Dated: 6/26/2025

_____
LEDA D. WETTRE, U.S.M.J.